IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENNARO RAUSO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD VAUGHN, et al. | : | NO. 02-4474 |

O R D E R

AND NOW, this          day of July, 2002, it is hereby ORDERED that the respondent District Attorney for Delaware County shall file a specific and detailed answer pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts which is responsive to the petition for a writ of habeas corpus. The respondent's answer, together with a memorandum of law, shall be filed within thirty (30) days of the date of this order.

BY THE COURT:

_____
DIANE M. WELSH
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENNARO RAUSO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD VAUGHN, et al. | : | NO. 02-4474 |

### O R D E R

AND NOW, this        day of July, 2002, it is hereby ORDERED that the Clerk of the Quarter Sessions of the Court of Common Pleas of Delaware County shall file with the Clerk of this Court copies of the record including notes of testimony at pre-trial proceedings, at trial, sentencing, suppression hearings, post conviction hearings, all petitions, motions, opinions, briefs of the State Court in the above-captioned matter within thirty (30) days from the date of this order.  The Common Pleas Court Caption is as follows: Commonwealth v. Rauso,  Nos. 87-104736, 87-004736.

BY THE COURT:

_____
DIANE M. WELSH
UNITED STATES MAGISTRATE JUDGE