IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENNARO RAUSO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD VAUGHN, et al. | : | NO. 02-4474 |

## O R D E R

AND NOW, this        day of August, 2002, it is hereby ORDERED that:

1. The court's July 19, 2002 Order directing the District Attorney for Delaware County to respond to the habeas petition (Document No. 4) is VACATED; and

2. The District Attorney shall, instead, answer the petitioner's August 5, 2002 "Motion to Alter, Amend or Vacate, Alternatively, Motion for Reconsideration" (Document No. 6) within fourteen (14) days of the date of this Order

BY THE COURT:

_____
DIANE M. WELSH
UNITED STATES MAGISTRATE JUDGE.